**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: SHETIGU R. ARMSTRONG
119 NORTH HORACE AVENUE
ROCKFORD, IL  61101

SSN-xxx-xx-2567

Case Number: 04-73411

Case filed on: 7/6/2004
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $1,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SHETIGU R. ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMOCO/BP OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | EDGEBROOK DERMATOLOGY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HOUSEHOLD BANK MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RETAILERS NATIONAL BANK | 445.18 | 445.18 | 316.92 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KIMBERLY ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 445.18 | 445.18 | 316.92 | 0.00 |
|  | Grand Total: | 1,809.18 | 1,809.18 | 1,680.92 | 0.00 |

Total Paid Claimant:     $1,680.92
Trustee Allowance:       $119.08
Percent Paid Unsecured:  71.19

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan